# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALLY SHUTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV309 |
| | ) | |
| V. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the motion of Ryan Wilkins to withdraw as counsel for Defendant Wal-Mart Stores, Inc. (Filing 32.) Upon the representation that Wal-Mart will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 32) is granted.

2. The Clerk of Court shall terminate the appearance of Ryan Wilkins as counsel for Wal-Mart and shall terminate future notices to Mr. Wilkins in this matter.

**DATED September 30, 2014.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge